# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AFG, LLC, a Colorado limited-liability company,

    Plaintiff,

vs.

YOSSI ATTIA, an individual,

    Defendant.

Case No.  2:10-cv-01296-GMN-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendant removed this matter to federal court on August 2, 2010.  Defendant filed his Answer (#16) January 19, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 18, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 8th day of March, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge