**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AFG, LLC, a Colorado limited-liability company, ) | |
| Plaintiff, ) | Case No.  2:10-cv-01296-GMN-GWF |
| ) | **ORDER** |
| vs. ) | |
| YOSSI ATTIA, an individual, ) | |
| Defendant. ) | |

The Court has received the parties' [Proposed] Joint Discovery Plan and Scheduling Order (#18), filed March 18, 2011.  LR 26-1(e)(1) provides that unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review.  Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply.

In this case, the Court needs more information other than that a Motion for Change of Venue is pending, to justify the discovery period requested by the parties.  The discovery plan and scheduling order submitted by the parties, therefore, does not comply with LR 26-1(e)(1).  Accordingly,

**IT IS HEREBY ORDERED** that the [Proposed] Joint Discovery Plan and Scheduling Order (#18) is **denied**.  The parties shall, no later than March 31, 2011, either submit a proposed discovery plan in compliance with LR 26-1(e), or a proposed plan setting forth therein the reasons why longer or different time periods should apply.

DATED this 21st day of March, 2011.

_George Foley, Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge