1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

7   AFG, LLC, a Colorado limited-liability company,    )
                                                        )
8                Plaintiff,                             )       Case No.  2:10-cv-01296-GMN-GWF
                                                        )
9   vs.                                                 )       **ORDER**
                                                        )
10  YOSSI ATTIA, an individual,                         )
                                                        )
11               Defendant.                             )
    _____)

12

13          This matter is before the Court on the parties' failure to file a proposed Stipulated

14  Discovery Plan and Scheduling Order.  The Court denied the proposed Joint Discovery Plan and

15  Scheduling Order (#19) on March 21, 2011 and were to file a new discovery plan no later than

16  March 31, 2011. To date, the parties have not complied.  Accordingly,

17          **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

18  Scheduling Order not later than **April 15, 2011** in compliance with the provisions of LR 26-1 of the

19  Rules of Practice of the United States District Court for the District of Nevada.

20          DATED this 5th day of April, 2011.

21

22          _____
            GEORGE FOLEY, JR.

23          United States Magistrate Judge

24

25

26

27

28