# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| AFG, LLC, | ) | |
| Plaintiff, | ) | Case No.: 2:10-cv-01296-GMN-GWF |
| vs. | ) | **ORDER** |
| YOSSI ATTIA, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Extend Discovery (#27), filed August 23, 2011 and Plaintiff's Response to Motion to Extend Discovery (#30), filed August 31, 2011. The Court conducted a discovery hearing on September 6, 2011. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** the Defendant's Motion to Extend Discovery (#27) is granted in part and denied in part. The discovery deadline is continued to **September 26, 2011** for the taking of Defendant's deposition and the broker/witness who needs to be subpoenaed.

**IT IS FURTHER ORDERED** the deadline for dispositive motions is continued to **October 26, 2011**

**IT IS FURTHER ORDERED** the deadline for the joint pretrial order is continued to **November 25, 2011**.

DATED this 6th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge