1
2
3
4                            **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6

7    AFG, LLC,                              )
                                            )
8                        Plaintiff,         )        Case No.:   2:10-cv-01296-GMN-GWF
                                            )
9    vs.                                    )        **ORDER**
                                            )
10   YOSSI ATTIA,                           )
                                            )
11                       Defendant.         )
     _____   )
12

13          This matter is before the Court on Defendant's Motion to Extend Discovery (#27), filed

14   August 23, 2011 and Plaintiff's Response to Motion to Extend Discovery (#30), filed August 31,

15   2011.  The Court conducted a discovery hearing on September 6, 2011.  After considering the

16   papers submitted by the parties, as well as oral argument by counsel, the matter having been

17   submitted following argument for decision, and good cause appearing,

18          **IT IS ORDERED** the Defendant's Motion to Extend Discovery (#27) is granted in part and

19   denied in part.  The discovery deadline is continued to **September 26, 2011** for the taking of

20   Defendant's deposition and the broker/witness who needs to be subpoenaed.

21          **IT IS FURTHER ORDERED** the deadline for dispositive motions is continued to

22   **October 26, 2011**

23          **IT IS FURTHER ORDERED** the deadline for the joint pretrial order is continued to

24   **November 25, 2011**.

25          DATED this 6th day of September, 2011.

26

27                                          _____
                                            GEORGE FOLEY, JR.
28                                          United States Magistrate Judge