1

**STIP**
Charles T. Cook, Esq.

2
Nevada Bar No. 1516

JOLLEY URGA WIRTH WOODBURY
3
   & STANDISH

3800 Howard Hughes Parkway
4
Sixteenth Floor, Wells Fargo Tower

Las Vegas, Nevada 89169
5
Telephone: (702) 699-7500

6
Facsimile: (702) 699-7555
Email: ctc@juww.com

7

*Attorneys for* Plaintiff
8

9
### UNITED STATES DISTRICT COURT

10
### DISTRICT OF NEVADA

11

| | |
|---|---|
| AFG, LLC, a Colorado limited liability company, | Case No.: 2:10-cv-01296-GMN-GWF |
| Plaintiff, | **STIPULATION FOR JUDGMENT** |
| vs. | |
| Yossi Attia, an individual, | |
| Defendants. | |

12

13

14

15

16

17

18

19
    The parties to this action, by the signatures of their counsel of record to this

20
Stipulation, do stipulate and agree as follows:

21
### RECITALS

22

23
    1.     Each counsel who signs this stipulation has all authority required to bind the

24
parties, and the parties' successors, assigns, and heirs, to the terms of this stipulation and any

25
judgment resulting from it.

26
    2.     The plaintiff in this matter has filed this lawsuit asserting claims for a deficiency

27
judgment against the Defendant.

28

*Jolley Urga Wirth Woodbury & Standish*
*3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169*
*TELEPHONE: (702) 699-7500   FAX: (702) 699-7555*

3.     The parties' desire to resolve this litigation, and in doing so do not concede the truth or falsity of any allegation of fact made in the pleadings in this matter, nor do they concede the correctness or applicability of any legal theory of recovery or defense asserted in this action.

4.     The parties do concede that this court has jurisdiction over the subject matter of this action and that, by agreeing to a judgment in this matter, they voluntarily consent to this court exercising jurisdiction over their persons.

5.     The parties agree that the terms of the proposed judgment, as set out below, constitute a full and fair settlement of all claims raised in this matter and that could be raised in this matter and should be entered as the judgment in this action by the court.  This judgment is intended to and will extinguish all claims that exist or that may exist between AFG, LLC and Yossi Attia, as of the date that this stipulation is signed.

## TERMS OF PROPOSED JUDGMENT

1.     Plaintiff shall have judgment against Defendant in the sum of $150,000.00 on the claims raised in the Complaint on file in this action.

2.     Each party to bear his/her or its own costs and attorneys' fees in this matter, and no court award shall be made for costs or attorneys' fees.

3.     All actual or potential claims or counterclaims whether raised in the Complaint, or Answer, or in any other pleadings in this matter or not, and regardless of whether known or unknown, are merged in the judgment agreed to by the parties and extinguished by that judgment.

4.     The defendant will pay a total of $125,000.00 ("Settlement Amount") to counsel of record for the Plaintiff in this matter, in cash or cash equivalent, as follows:

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    a.  One payment via wire transfer to the trust account of the counsel of record for the Plaintiff in the amount of $25,000.00 on or before December 31, 2011;

    b.  Payments in the amount of $10,000.00 on or before the last day of each month for ten consecutive months, beginning January 31, 2012 and ending October 31, 2012;

5.    If payment of said $125,000.00 is made, as set forth below, no further sums need be paid by Defendant and Plaintiff will issue a satisfaction of judgment in this case.

6.    The Settlement Amount shall be paid in United States Dollars in the form of business checks and/or certified funds made payable to AFG, LLC, and shall be mailed to Jolley Urga Wirth Woodbury & Standish, 3800 Howard Hughes Parkway, 16th Floor, Wells Fargo Tower, Las Vegas, Nevada 89169.  NO release contained herein shall be effective until the funds represented by said payments are received by Plaintiff from the issuing bank(s).  Upon receipt of each payment from Defendant, Plaintiff will send a written receipt to Defendant at the following address:  Yossi Attia, 1061 ½ Spaulding, West Hollywood, California 90046.

7. Any payments made in advance shall be applied to future payments before the Defendant is in default.  There will be no penalty for making an early payment.  If Defendant fails to make any payments as outlined above, Plaintiff will give Defendant written notice of the default by mail to Yossi Attia, 1061 ½ Spaulding, West Hollywood, California 90046 and by facsimile to (323) 822-1784.  Defendant shall have seven (7) calendar days from the date of the written notice of default to cure the default.  If payment is not made within seven (7) days after written notice of default to cure, the Plaintiff may execute on this judgment in the full

1  amount of $150,000.00, less any amounts previously collected, by any means or remedy

2  available at law for collection of or execution on judgments.

3      This stipulation was executed on the 30 day of December, 2011.

4
                                        JOLLEY URGA WIRTH WOODBURY
5                                       & STANDISH

6
7                                       By:_____
                                            Charles T. Cook, Esq.
8                                           3800 Howard Hughes Pkwy., #1600
                                            Las Vegas, Nevada 89109
9                                           Attorneys for Plaintiff

10                                      MATTHEW L. JOHNSON & ASSOCIATES,
11                                      P.C.

12
13                                      By:_____
                                            Katie A. Bindrup, Esq.
14                                          8831 W. Sahara Avenue
                                            Las Vegas, NV 89117
15                                          Attorneys for Yossi Attia

16
                          **ORDER ON STIPULATION**
17

18      The court has reviewed and accepted this stipulation as a proper disposition of

19  this matter. Therefore,

20      IT IS ORDERED that the Clerk of this Court enter judgment in this matter,

21
    according to the provisions of Rule 58 of the Federal Rules of Civil Procedure, and in
22
23  accordance with the terms of this Stipulation. Judgment shall be so entered forthwith.

24      **DATED** this 3rd day of January, 2012.

25
26
27                                      _____
                                        Gloria M. Navarro
28                                      United States District Judge

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555